# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NEILL CORPORATION

VERSUS

ANNA SHUTT, JULIA DEZIEL,
STEPHANIE GARCIA, AND JILL
ENGLISH

NO.  2020 CW 1140

**APRIL 26, 2021**

In Re:    Anna Shutt, Julia Deziel, Stephanie Garcia, and Jill English, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2019-0001961.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT GRANTED.**   At the time the June 11, 2020 judgment reinstating the preliminary injunction was rendered, the trial court was divested of jurisdiction, as the trial court had signed the order of appeal and the appeal bond was filed on September 18, 2019. **Neill Corporation v. Schutt,** 2020-0269, p. 7 (La. App. 1st Cir. 1/25/21), --- So.3d ---, ---; La. Code Civ. P. art. 2088.   Any order or judgment rendered subsequent to the perfecting of the appeal is null if that order or judgment purports to address a matter which is at the time reviewable under the appeal.   **Hernandez v. Excel Contractors, Inc.,** 2018-1091 (La. App. 1st Cir. 3/13/19), 275 So.3d 278, 283-85.   The trial court's September 29, 2020 judgment denying the Motion to Vacate filed by defendants, Anna Shutt, Julia Deziel, Stephanie Garcia, and Jill English, is reversed.   We grant the Motion to Vacate, thereby vacating the trial court's June 11, 2020 judgment.   See **Neill Corporation v. Schutt,** 2020-0269 (La. App. 1st Cir. 1/25/21), --- So.3d ---.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT